# Exhibit "1"

Filing # 93948010 E-Filed 08/09/2019 03:01:27 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY

YAMISLEIDIS FIGUEROA MORA,          CASE NO.:

   Plaintiff,

-vs-

BURLINGTON STORES, INC., a
foreign corporation,

   Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiff, Yamisleidis Figueroa Mora, by and through the undersigned counsel, sues the Defendant, Burlington Stores, Inc., a foreign corporation, and states:

1. This is an action for damages that exceed the minimum jurisdictional amount of this Court.

2. All conditions precedent have been performed or have occurred.

3. On or about February 22, 2017, Defendant, Burlington Stores, Inc. (hereinafter known as "Burlington") leased, rented, possessed, controlled, operated, and/or owned a building and/or property located at or near 590 NW 49th Street, Hialeah, FL that was used as retail store known as Burlington, and did supervise and maintain said property through its agent and servants.

4. At that time and place, Plaintiff, Yamisleidis Figueroa Mora, was an express or implied invitee of Defendant, Burlington, and went onto Defendant, Burlington's premises to shop.

Yamisleidis Figueroa Mora v. Burlington Stores, Inc.
Complaint
Case No:
Page 2

5. Defendant, Burlington, owed a nondelegable duty of reasonable care to maintain, inspect, and repair the premises in a reasonably safe condition for the safety of business invitees on the premises, which includes reasonable efforts to keep the premises free from transitory foreign objects or substances that might foreseeably give rise to loss, injury, or damage, to warn of dangerous conditions, and in its mode of operation of the business premises.

6. Defendant Burlington negligently failed to maintain its premises in a reasonably safe condition, negligently failed to correct a dangerous condition about which Defendant Burlington either knew or should have known, by the use of reasonable care, and/or negligently failed to warn Yamisleidis Figueroa Mora of a dangerous condition about which Defendant Burlington had, or should have had, knowledge greater than that of Yamisleidis Figueroa Mora.

7. Defendant Burlington negligently failed to exercise reasonable care in the maintenance, inspection, repair, warning, or mode of operation of the business premises by allowing water or other transient liquids or substances to be and to remain on the floor of its premises.

8. The dangerous condition was created by and/or known to Defendant, Burlington, or had existed for a sufficient length of time so that defendant should have known of it.

9. As a result of Defendant, Burlington's negligence, Plaintiff, Yamisleidis Figueroa Mora, fell.

Yamisleidis Figueroa Mora v. Burlington Stores, Inc.
Complaint
Case No:
Page 3

10. As a result the aforementioned fall, Plaintiff, Yamisleidis Figueroa Mora, suffered bodily injury and resulting pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, incurred expenses of hospitalization, medical, chiropractic and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition, disease or physical defect. Yamisleidis Figueroa Mora's losses are either permanent or continuing and plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Yamisleidis Figueroa Mora, sues the Defendant, Burlington Stores, Inc., for compensatory damages, costs and interest and demands trial by jury of all issues so triable as a matter of right.

STEINGER, GREENE & FEINER, P.A.
2727 NW 62 Street
Fort Lauderdale, FL 33309
Telephone: (954) 491-7701
Facsimile: (954) 634-8316
tbaker@injurylawyers.com
sslater@injurylawyers.com
mleventhal@injurylawyers.com
Attorneys for Plaintiff

Todd L. Baker, Esquire
Florida Bar No.: 8181

 **CT Corporation**

**Service of Process Transmittal**
08/16/2019
CT Log Number 536076488

TO: Tabitha Jenkins
Burlington Coat Factory Warehouse Corporation
1830 N Route 130
Burlington, NJ 08016-3020

RE: **Process Served in Delaware**

FOR: Burlington Stores, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | YAMISLEIDIS FIGUEROA MORA, PLTF. vs. BURLINGTON STORES, INC., ETC., DFT. |
| **DOCUMENT(S) SERVED:** | Summons, Request(s), Notice, Complaint, Attachment(s) |
| **COURT/AGENCY:** | Miami-Dade County Circuit Court, FL<br>Case # 2019023693CA01 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 02/22/2017 |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Trust Company, Wilmington, DE |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 08/16/2019 at 15:27 |
| **JURISDICTION SERVED:** | Delaware |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service of this Summons on that Defendant/Exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Todd L. Baker<br>STEINGER, GREENE & FEINER, P.A.<br>2727 NW 62nd Street<br>Fort Lauderdale, FL 33309<br>954-491-7701 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/17/2019, Expected Purge Date: 08/22/2019<br><br>Image SOP<br><br>Email Notification, Tabitha Jenkins  tabitha.jenkins@burlingtonstores.com<br>Email Notification, Cynthia Pacheco  cynthia.pacheco@burlingtonstores.com<br>Email Notification, Christie Cawley-Duff  Christie.cawley@burlingtonstores.com<br>Email Notification, Mark McCullough  Mark.McCullough@burlingtonstores.com<br>Email Notification, Karen Leu  Karen.Leu@burlingtonstores.com<br>Email Notification, Jennifer Morris  Jennifer.morris@burlingtonstores.com<br>Email Notification, Tina Termyna  Tina.termyna@burlingtonstores.com |

Page 1 of 2 / RA

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

 CT Corporation

**Service of Process Transmittal**
08/16/2019
CT Log Number 536076488

**TO:** Tabitha Jenkins
Burlington Coat Factory Warehouse Corporation
1830 N Route 130
Burlington, NJ 08016-3020

**RE:** **Process Served in Delaware**

**FOR:** Burlington Stores, Inc. (Domestic State: DE)

Email Notification, Teleicia Dambreville  teleicia.dambreville@burlington.com

Email Notification, Sharon Grant  sharon.grant@burlington.com

Email Notification, LINDSAY GOLDSTEIN  lindsay.goldstein@burlington.com

**SIGNED:**
**ADDRESS:** The Corporation Trust Company
1209 N Orange St
Wilmington, DE 19801-1120

**For Questions:** 302-658-7581

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.