UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-23838-COOKE/GOODMAN

YAMISLEIDIS FIGUEROA MORA,

    Plaintiff,

vs.

BURLINGTON STOREs, INC.,
*a foreign corporation*,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

THIS MATTER is before me on the Report and Recommendation ("R&R") of the Honorable Jonathan Goodman, U.S. Magistrate Judge, ECF No. 77, regarding Defendant's motion *in limine*, ECF No. 71.

In his R&R, Judge Goodman recommends that I grant the motion in part and deny the motion in part. *See* ECF No. 77 at 18–19. The parties have not filed objections to the R&R, and the time to do so has passed.

I have reviewed Defendant's motion, the briefing, Judge Goodman's R&R, the record, and the relevant legal authorities. Having done so, I find Judge Goodman's R&R to be clear, cogent, and compelling.

Accordingly, Judge Goodman's R&R is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** that the motion is **GRANTED IN PART and DENIED IN PART.**

**DONE and ORDERED** in chambers at Miami, Florida, this 28th day of February 2022.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*